IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE et al.,<br><br>Defendants. | Case No.:  2:22-cv-00371<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Under Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs Center for Biological Diversity and Idaho Conservation League hereby notify the Court of their voluntary dismissal of this action without prejudice.

On August 25, 2022, Plaintiffs filed a Complaint, ECF No. 1, asserting claims for relief against the U.S. Army Corps of Engineers and U.S. Fish and Wildlife Service for their alleged violations of the National Environmental Policy Act (NEPA), Endangered Species Act (ESA), and Administrative Procedures Act (APA). Plaintiffs alleged that the U.S. Army Corps of Engineers violated NEPA in issuing a Clean Water Act Permit which authorized the construction of the Idaho Club Lakeside Project on Lake Pend Oreille, Idaho. Plaintiffs also alleged that the U.S. Fish and Wildlife Service violated the ESA and APA in issuing a Biological Opinion for the same Clean Water Act Permit.

On August 25, 2022, Counsel for Plaintiffs sent a courtesy copy of the Complaint to Assistant U.S. Attorney for the District of Idaho. Ultimately, the U.S. Army Corps of Engineers suspended the Clean Water Act Permit and it subsequently expired, without opportunity for renewal, on November 13, 2022. As such, this case is moot because the Defendants voluntarily

suspended the final agency actions challenged in Plaintiffs' Complaint, and, as a result, this Court will be unable to grant any effective relief.

Therefore, because neither an answer or a motion for summary judgment has been filed and a live controversy no longer exists in this case, Plaintiffs voluntarily dismiss this action.

DATED: December 8, 2022

Respectfully submitted,

*/s/ Margaret Townsend*
Margaret E. Townsend (OSB # 144463)
*admitted pro hac vice*
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 971-6409
mtownsend@biologicaldiversity.org


Kristine M. Akland (MTB # 37818)
*admitted pro hac vice*
Center for Biological Diversity
P.O. Box 7274
Missoula, MT 59807
(406) 544-9863
kakland@biologicaldiversity.org


Andrea Zaccardi (ISB # 8818)
Center for Biological Diversity
P.O. Box 469
Victor, ID  83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*